# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129153

KARLENE S. HARBOUR, as Personal
Representative of the Estate of KEVIN
DANIEL HARBOUR, Deceased,
        Plaintiff-Appellant,

v

CORRECTIONAL MEDICAL SERVICES,
INC., a/k/a CORRECTIONAL MEDICAL
SYSTEMS, INC.,
        Defendant-Appellee.

SC: 129153
COA: 252857
Macomb CC: 2000-003451-NH

_____/

        On order of the Court, the application for leave to appeal the May 24, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2006

d0517

Clerk